■ GLORIA FOWLER, Appellant, v ST. LUKE's MEMORIAL HOSPITAL CENTER, Respondent. (Appeal No. 1.) [711 NYS2d 804] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Summary Judgment.) Present—Green, J. P., Wisner, Kehoe and Lawton, JJ.